IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ALTERNATIVE LEGAL SOLUTIONS, INC., an Oregon corporation, dba COMPLI, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Case No. 07-880-ST |
| v. | ) ) | O R D E R |
| FERMAN MANAGEMENT SERVICES, CORPORATION, a Florida corporation; MOSAIC INTERACTIVE, LLC, a Florida limited liability company; and STEPHEN B. STRASKE II, individually, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

    Jon P. Stride
    David S. Aman
    James K. Hein
    Tonkon Torp LLP
    1600 Pioneer Tower
    888 S.W. Fifth Avenue
    Portland, Oregon  97204

    Attorneys for Plaintiff

Page 1 - ORDER

Kimberlee C. Morrow
Hoffman, Hart & Wagner, LLP
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon  97205

    Attorney for Defendants

KING, Judge:

The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on November 28, 2007.  Defendants Mosaic Interactive, LLC and Stephen B. Straske II filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).  This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Stewart.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Stewart dated November 28, 2007 in its entirety.

IT IS HEREBY ORDERED that Defendants Mosaic Interactive, LLC and Stephen B. Straske's Motion to Dismiss Pursuant to FRCP12(b)(2) (#21) is denied.

DATED this ___4th___ day of January, 2008.

                                    /s/ Garr M. King
                                        GARR M. KING
                                    United States District Judge