**David S. Aman,** OSB No. 962106
  Direct Dial: 503.802.2053
  Fax: 503.972.3753
  Email: david.aman@tonkon.com
**Jon P. Stride,** OSB No. 903887
  Direct Dial: 503.802.2034
  Fax: 503.972.3734
  Email: jon.stride@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

  Attorneys for Plaintiff Alternative Legal Solutions, dba Compli

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ALTERNATIVE LEGAL SOLUTIONS, INC., an Oregon corporation, dba **COMPLI,**<br><br>             Plaintiff,<br><br>   v.<br><br>**FERMAN MANAGEMENT SERVICES CORPORATION,** a Florida corporation; **MOSAIC INTERACTIVE, LLC,** a Florida limited liability company; **STEPHEN B. STRASKE II,** individually, and **JAMES S. GANTHER,** individually,<br><br>             Defendants. | Civil No. 3:07-cv-880-ST<br><br>**PLAINTIFF'S OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS** |

\* \* \* \* \*

\* \* \* \* \*

PAGE 1 -  PLAINTIFF'S OBJECTIONS TO MAGISTRATE'S FINDINGS AND
    RECOMMENDATIONS

Plaintiff Alternative Legal Solutions, Inc., dba Compli ("Compli") respectfully submits the following objections to Magistrate Stewart's Findings and Recommendations ("F&R"):

## I. STANDARD OF REVIEW

When no objections are filed, the Court may assume the correctness of the Magistrate Judge's finding of fact and decide the motions on the applicable law. *Avratin v. Bermudez*, 420 F.Supp.2d 1121 (S.D. Cal. 2006), *citing, Campbell v. United State Dist. Court*, 501 F.2d 196, 201 (9th Cir. 1974); *Johnson v. Nelson*, 142 F.Supp.2d 1215, 1217 (S.D. Cal. 2001.) Under such circumstances, the Court need not conduct a *de novo* review of the Magistrate Judge's factual findings, but must still review the conclusions of law *de novo*. *Id., citing, Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1996), *overruled on other grounds by Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996).

## II. OBJECTIONS TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS

Magistrate Stewart recommended that the District Court grant defendants' Summary Judgment Motion to dismiss three claims from plaintiff's First Amended Complaint:

1. One count under plaintiff's First Claim for Relief for violation of the Computer Fraud and Abuse Act (§ 1030(a)5)(A)(ii) and (iii)) (F&R pp. 19–21);

2. The Fourth Claim for Relief which alleges that defendants Steve Straske, James Ganther and Mosaic, Inc. have tortiously interfered with plaintiff's contract with Ferman Management Services, Inc. (F&R pp. 28–34); and

3. The Fifth Claim for Relief which alleges that all defendants tortiously interfered with plaintiff's actual and prospective business relationships (F&R pp. 28–34).

Magistrate Judge Stewart's recommendations to grant summary judgment on these claims are solely based on questions of law. Therefore, consistent with the standard stated above, the District Court must conduct a *de novo* review each of these recommendations. Nonetheless, in an abundance of caution, plaintiff objects to the Magistrate Judge's Findings and Recommendations on each of these claims. In support of its Objections, plaintiff relies on Plaintiff's Memorandum in Opposition to Defendants' Motion for Partial Summary Judgment (Docket #167) at pages 19 through 20 and 28 through 29.

DATED: May 22, 2009.

TONKON TORP LLP

By: /s/ Jon P. Stride
    David S. Aman, OSB No. 962106
      Direct Dial: 503.802.2053
      Fax: 503.972.3753
      Email: david.aman@tonkon.com
    Jon P. Stride, OSB No. 903887
      Direct Dial: 503.802.2034
      Fax: 503.972.3734
      Email: jon.stride@tonkon.com
    1600 Pioneer Tower
    888 SW Fifth Avenue
    Portland, OR 97204-2099
        Attorneys for Plaintiff

032897/00010/1598324v2

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing PLAINTIFF'S OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS on:

> Kimberlee C. Morrow
> Hoffman Hart & Wagner LLP
> 1000 S.W. Broadway
> Suite 2000
> Portland, OR 97205
>    Attorneys for Defendants

☒ by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

DATED: May 22, 2009.

TONKON TORP LLP

By /s/ Jon P. Stride
Jon P. Stride, OSB No. 90388
David S. Aman, OSB No. 96210
Stride Direct Dial:   503.802.2034
Stride Direct FAX:   503.972.3734
Stride email:   jons@tonkon.com
Aman Direct Dial:   503.802.2053
Aman Direct FAX:   503.972.3753
Aman email:   davida@tonkon.com
Attorneys for Plaintiff