IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ALTERNATIVE LEGAL SOLUTIONS, INC., an Oregon corporation, dba COMPLI, | ) ) ) ) |
| Plaintiff, | Civil Case No. 07-880-ST ) ) O R D E R ) |
| v. | ) ) |
| FERMAN MANAGEMENT SERVICES CORPORATION, a Florida corporation; MOSAIC INTERACTIVE, LLC, a Florida limited liability company; STEPHEN B. STRASKE II, individually, and JAMES S. GANTHER, individually, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

  David S. Aman
  Jon P. Stride
  Tonkon Torp LLP
  1600 Pioneer Tower
  888 SW Fifth Avenue
  Portland, Oregon 97204

   Attorneys for Plaintiff

Page 1 - ORDER

Kimberlee C. Morrow
Sean M. Bannon
Hoffman, Hart & Wagner, LLP
1000 SW Broadway, Twentieth Floor
Portland, Oregon  97205

    Attorneys for Defendants

KING, Judge:

The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on May 5, 2009.  Plaintiff filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a de novo determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  This court has, therefore, given de novo review of the rulings of Magistrate Judge Stewart.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Stewart dated May 5, 2009 in its entirety.

IT IS HEREBY ORDERED that Plaintiff's Motion for Partial Summary Judgment (#135) is GRANTED on the issue of liability on Count II of the Third Claim (Breach of Contract). Defendants' Motion for Partial Summary Judgment (#133) is GRANTED in part as to:  (1)  the First Claim (violation of 18 U.S.C. § 1030(a)(5)(A)); (2) the Fourth Claim (tortious interference

with contract); and (3) the Fifth Claim (tortious interference with prospective business relationship) and is otherwise DENIED.

DATED this ___8th___ day of June, 2009.

                                     /s/ Garr M. King
                                     GARR M. KING
                                  United States District Judge