IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| Alternative Legal Solutions, Inc. ) | | |
| ) | | |
| Plaintiff, ) | Civil No.  07-880-KI | |
| ) | | |
| v. ) | ORDER OF DISMISSAL | |
| ) | | |
| Ferman Management Services Corporation et al ) | | |
| ) | | |
| Defendants. ) | | |

The Court having been informed by counsel for the parties that this action has been settled,

IT IS ORDERED that this action is dismissed without prejudice and without costs and with leave, upon good cause shown within 60 days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated.

Dated this 1st day of October, 2009.

MARY, MORAN, CLERK OF COURT
U.S. DISTRICT COURT,
DISTRICT OF OREGON

 /s/ Mary Austad
 By:  Mary Austad, Deputy Clerk

Page l - ORDER OF DISMISSAL